NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRAXCELL TECHNOLOGIES, LLC,**

*Plaintiff-Appellant*

**v.**

**HUAWEI TECHNOLOGIES USA, INC.,**

*Defendant*

**NOKIA SOLUTIONS AND NETWORKS OY, NOKIA OF AMERICA CORPORATION,**

*Defendants-Appellees*

---

2023-1782

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:17-cv-00042-RWS-RSP, 2:17-cv-00044-RWS-RSP, Judge Robert Schroeder, III.

---

**O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

May 22, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 22, 2024